IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Kerry Rayshawn Mosley,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　) 　　Civil Action No. 4:09-2579-TLW-TER
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
Maj. Phillip Anderson; Officer Burton;　　)
Capt. Sharon Middleton; and Mr. Cloft,　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　　)
_____ )

# ORDER

Kerry Rayshawn Mosley, ("plaintiff"), brought this civil action *pro se* pursuant to 42 U.S.C. § 1983 on October 6, 2009. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. # 41). Objections were due by May 21, 2010. Plaintiff has filed no objections to the Report.[1]

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

---

[1] The plaintiff was directed to keep the Court informed of any change in address. His mail has been returned marked, "Return to Sender" apparently because he changed his address without proper notification to the Court.

1

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 41). Therefore, this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

\_\_\_\_s/Terry L. Wooten\_\_\_\_<br>United States District Judge

July 22, 2010
Florence, South Carolina