AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kerry Rayshawn Mosley <br> *Plaintiff* <br> v. <br> Maj Phillip Anderson et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:09-cv-2579-TLW <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is hereby ORDERED that the Magistrate Judges Report and Recommendation is ACCEPTED. Therefore, this case is DISMISSED with prejudice pursuant to Fed.R. Civ. Proc. 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date: July 22, 2010

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*